UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELLCO PARTNERSHIP, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>VOIP-PAL.COM, INC.,<br><br>  Defendant. | Case No. 21-cv-05275-BLF<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Lucy H. Koh for consideration of whether the case is related to 20-cv-03092-LHK, *Cellco Partnership v. Voip-Pal.com, Inc*., or 18-cv-06054-LHK, *Voip-Pal.com, Inc. v. Verizon Wireless Services, LLC et al*.

**IT IS SO ORDERED.**

Dated: July 27, 2021

_____
BETH LABSON FREEMAN
United States District Judge