1  VENABLE LLP
   Frank C. Cimino, Jr. (*pro hac vice*)
2  fccimino@venable.com
   Megan S. Woodworth (*pro hac vice*)
3  mswoodworth@venable.com
   600 Massachusetts Ave., NW
4  Washington, D.C. 20001
   Telephone: (202) 344-4000
5  Facsimile: (202) 344-8300

6  William A. Hector (SBN 298490)
   wahector@venable.com
7  101 California Street, Suite 3800
   San Francisco, CA  94111
8  Telephone:    (415) 653-3750
   Facsimile:    (415) 653-3755

9

10 *Attorneys for Plaintiffs*
   Cellco Partnership d/b/a Verizon Wireless;
11 Verizon Services Corp.; and
   Verizon Business Network Services LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a Verizon Wireless; VERIZON SERVICES CORP.; and VERIZON BUSINESS NETWORK SERVICES LLC, <br><br> Plaintiff, <br><br> v. <br><br> VOIP-PAL.COM, INC., <br><br> Defendant. | CASE NO. 3:21-cv-05275 (JD) <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., and Verizon Business Network Services LLC hereby voluntarily dismiss without prejudice this litigation against Defendant VoIP-Pal.com, Inc.

Dated: January 18, 2023

VENABLE LLP

By: /s/ William A. Hector
Frank C. Cimino, Jr. (*pro hac vice*)
fccimino@venable.com
Megan S. Woodworth (*pro hac vice*)
mswoodworth@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

William A. Hector (SBN 298490)
wahector@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:     (415) 653-3750
Facsimile:     (415) 653-3755

*Attorneys for Plaintiffs*
Cellco Partnership d/b/a Verizon Wireless;
Verizon Services Corp.; and
Verizon Business Network Services LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2023, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to the attorneys of record in this case.

*/s/ William A. Hector*
William A. Hector